# CASE NO. 25-13485-C

# UNITED STATES COURT OF APPEALS ELEVENTH CIRCUIT

Peter Parnell, et al., v. School Board of Escambia County, Florida

APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
FLORIDA
CASE NO. 4:23-cv-00414-AW-MAF

# UNOPPOSED MOTION FOR LAUREN J. ZIMMERMAN TO WITHDRAW AS ATTORNEY FOR APPELLANTS

Faith E. Gay (FBN 129593)
Lauren Zimmerman
Corey Stoughton
Joshua Bean
Joshua M. Cockream
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lzimmerman@selendygay.com
cstoughton@selendygay.com
jbean@selendygay.com
jcockream@selendygay.com

Anna T. Neill (FBN 100945)
SPERLING KENNY NACHWAL
NACHWAL, P.A.
1441 Brickell Avenue, Suite 1100
Maimi, FL 33131
Tel: 305-373-1000
aneill@sperlingkenny.com

*Attorneys for Appellants Peter Parnell, Justin Richardson, and B.G.*

# UNOPPOSED MOTION FOR LAUREN J. ZIMMERMAN TO WITHDRAW AS ATTORNEY FOR APPELLANTS

LAUREN J. ZIMMERMAN, pursuant to Eleventh Circuit Rule 27-1, respectfully requests leave to withdraw as attorney for Appellants, Peter Parnell, Justin Richardson, and B.G. in this case. Ms. Zimmerman is departing Selendy Gay PLLC and therefore will no longer be counsel in this matter. Remaining counsel Faith E. Gay, Corey Stoughton, Joshua Cockream, Joshua Bean and Selendy Gay PLLC as well as Anna T. Neill of Sperling Kenny Nachwalter, P.A., will continue to represent Peter Parnell, Justin Richardson, and B.G. in this matter. Ms. Zimmerman has informed Peter Parnell, Justin Richardson, and B.G. of this motion, and they approve of her withdrawal as attorney in this matter.

WHEREFORE, LAUREN J. ZIMMERMAN respectfully requests that this Court grant her leave to withdraw as attorney in this matter and remove her name and email address from the electronic notification system for this matter.

January 16, 2026                                     Respectfully submitted,

                                                    *s/ Lauren J. Zimmerman*
                                                    Lauren J. Zimmerman
                                                    Faith E. Gay (FBN 129593)
                                                    Corey Stoughton
                                                    Joshua W. Bean

Joshua M. Cockream  
SELENDY GAY PLLC  
1290 Avenue of the Americas  
New York, NY  10104  
Tel: 212-390-9000  
fgay@selendygay.com  
lzimmerman@selendygay.com  
cstoughton@selendygay.com  
jbean@selendygay.com  
jcockream@selendygay.com  

    -and-

Anna T. Neill (FBN 100945)  
SPERLING KENNY NACHWALTER, P.A.  
1441 Brickell Avenue, Suite 1100  
Miami, FL 33131  
Tel: 305-373-1000  
aneill@sperlingkenny.com

# CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that on January 16, 2026, in accordance with Eleventh Circuit Rule 27-1(a)(5), I conferred with Nicole Sieb Smith, counsel for Appellee School Board of Escambia County Florida, who advised that she does not oppose this Motion.

*s/ Lauren J. Zimmerman*
Lauren Zimmerman

# CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 146 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f). The undersigned attorney also certifies that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed. R. App. 32(a)(6) because it has been prepared in a proportionality spaced typeface using Microsoft Word 360 with Times New Roman 14-point font

*s/ Lauren J. Zimmerman*
Lauren J. Zimmerman

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*s/ Lauren J. Zimmerman*
Lauren J. Zimmerman